## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## BANKRUPTCY DIVISION
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| BOYSON, INC. ) | |
| Debtor. ) | Case No.: 3:17-bk-30001-MFW |
| ) | |
| BOYSON, INC. ) | Adversary No. 3-18-3001-MFW |
| ) | |
| Plaintiff, ) | |
| v. ) | DEMAND FOR JURY TRIAL |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S, ) | Re: 9 |
| LONDON SUBSCRIBING TO COVER ) | |
| NOTE B1353DH1700501000, MARSHALL ) | |
| & STERLING ST. THOMAS, INC. t/a ) | |
| THEODORE TUNICK & CO., and ) | |
| HULL & COMPANY, LLC ) | |
| ) | |
| Defendants. ) | |

### ORDER

**THIS MATTER** is before the Court on a joint motion by Plaintiff and Defendant Certain Underwriters at Lloyd's, London Subscribing to Cover Note B135DH1700501000 to continue the pretrial conference scheduled on May 10, 2018. The Court being fully advised in the premises, it is hereby

**ORDERED** that the joint motion is **GRANTED**; and it is further

**ORDERED** that this case shall be called in Court on June 11, 2018 at 10:00 A M at the District Court of the Virgin Islands, 5500 Veteran's Drive, Suite 351, St. Thomas, Virgin Islands (via Video Conference).

Dated: April 24, 2018

_____
Mary F. Walrath
U.S. Bankruptcy Judge